```
                                                              CLERK'S OFFICE U.S. DIST. COURT
                                                                   AT ROANOKE, VA
                                                                       FILED
           IN THE UNITED STATES DISTRICT COURT                     MAY 26 2005
          FOR THE WESTERN DISTRICT OF VIRGINIA
                     ROANOKE DIVISION                           JOHN F. CORCORAN, CLERK
                                                                BY:
                                                                      DEPUTY CLERK
```

| | |
|---|---|
| **BENJAMIN H. JONES, #155438,** ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00320 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **S. FLEMING, et al.,** ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |
| ) | |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's complaint and attachments are hereby **FILED** for administrative purposes only as a civil rights complaint, pursuant to 42 U.S.C. §1983; plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and the action is hereby **DISMISSED** without prejudice and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 25th day of May, 2005.

_____
Senior United States District Judge